IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. JACOBSON,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>　　　　　　　　　　Respondent. | 1:06-cv-00702-LJO-TAG HC<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION OR ANSWER**<br><br>**(Doc. 14)** |

　　FOR GOOD CAUSE SHOWN, Respondent is granted an extension of time, to and including May 2, 2008, within which to file either a dispositive motion or an answer in response to Petitioner's petition for writ of habeas corpus.

　　This order is made nunc pro tunc to March 18, 2008.

IT IS SO ORDERED.

Dated:　**March 24, 2008**　　　　　　　　　　　　　/s/ Theresa A. Goldner
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1